I. H. SPEARS, Appellant,

v.

TRANSCONTINENTAL BUS SYSTEM, Inc., and The Santa Fe Trail Transportation Company.

No. 14845.

United States Court of Appeals, Eighth Circuit.

Dec. 2, 1953.

Isaiah H. Spears, pro se.

Eugene R. Warren, Little Rock, Ark., for appellees.

Motion of Appellee to dismiss appeal granted and appeal from District Court dismissed.

Gretchen McRAE

v.

Tighe E. WOODS, Acting Housing Expediter, Office of Housing Expediter (two cases).

Nos. 4700, 4752.

United States Court of Appeals, Tenth Circuit.

Jan. 5, 1954.

See also 196 F.2d 496.

Gretchen McRae pro se.

Donald E. Kelley, U. S. Atty., and James W. Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeals dismissed on the ground that the appeals presented no substantial questions not theretofore finally adjudicated and decided on prior appeals.

Hilary WHITE, Jr.,

v.

Clyde WHITTIER et al.

No. 4718.

United States Court of Appeals, Tenth Circuit.

Dec. 7, 1953.

Raphael J. Moses, Alamosa, Colo., for appellant.

No appearance for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

PACIFIC FINANCE CORPORATION

v.

Vern COGGLE.

No. 4748.

United States Court of Appeals, Tenth Circuit.

Dec. 7, 1953.

Louis H. Callister, E. R. Callister, Jr., and Nathan J. Fullmer, Salt Lake City, Utah, for appellant.

Glen S. Hatch, Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.